FILED IN MY OFFICE
DISTRICT COURT CLERK
6/26/2018 4:05 PM
STEPHEN T. PACHECO
Edwina Castillo

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

PETER B. KOMIS,

                Plaintiff,

vs.

DRURY HOTELS COMPANY, LLC,
a Nevada limited liability company
and DRURY COLORADO SPRINGS, LLC,
a Missouri limited liability company,

                Defendants.

No. D-101-CV-2018-01871
[six person jury requested]

Case assigned to Thomson, David K.

## COMPLAINT FOR COMPENSATORY DAMAGES
## FOR PERSONAL INJURIES

1. Plaintiff PETER B. KOMIS, resides in Santa Fe County, New Mexico.

2. Defendant DRURY HOTELS COMPANY, LLC is a Nevada foreign limited liability company having its principal place of business in St. Louis, Missouri. Drury's registered agent is Corporation Service Company.

3. Defendant DRURY COLORADO SPRINGS, LLC is a Missouri limited liability company with its principal place of business in St. Louis, Missouri.

4. Defendants own, operate, manage and maintain the hotel located at 1170 InterQuest Parkway, in Colorado Springs, Colorado.

5. This complaint describes all Drury corporations together as the Drury Companies.

6. The Drury Companies operated the hotel at 1170 InterQuest Parkway, in Colorado Springs, Colorado, as a joint venture or joint enterprise, each jointly and severally liable for the liabilities of the other.

**EXHIBIT A**

7. Because of the Defendants' contacts with the State of New Mexico, and Mr. Komis' residence in Santa Fe, New Mexico, venue is proper in Santa Fe County, New Mexico.

8. This Court has jurisdiction over the parties, and venue is proper in this court.

9. This suit arises out of an incident that occurred on or about June 29 or 30, 2016, in which Peter B. Komis was injured because of a negligently designed or maintained parking lot at the Drury Hotel located at 1170 InterQuest Parkway, Colorado Springs, Colorado ("Drury Hotel").

10. Mr. Komis and his family stayed overnight at the Drury Hotel when driving home to Santa Fe from Denver, Colorado.

11. On or about June 29 or 30, 2016, Mr. Komis, who was a guest at that hotel at the time of incident, was returning to his parked car in the Drury Hotel parking lot when he tripped over uneven or steep, dangerous pavement or hardscaping.

12. Mr. Komis fell on both knees and injured his left foot.

13. Mr. Komis fell so suddenly that he had no time to prepare for the fall, and he landed hard on his knees.

14. The fall caused injury to Mr. Komis' right knee and left ankle and left foot.

15. Upon returning to Santa Fe, Mr. Komis visited the emergency room at CHRISTUS St. Vincent Regional Medical Center.

16. Mr. Komis was treated for injury to his right knee and left foot and ankle.

17. Mr. Komis experienced spasms of pain in his back after the fall.

18. Mr. Komis was treated for these injuries for several months following the incident.

19. Mr. Komis continues to have problems with his gait and with pain and instability in his right knee. His knee continues to lock up from time to time.

20. Mr. Komis underwent acupuncture and physical therapy to increase the range of motion and strength and decrease the pain, swelling, and joint mobility related to his knee and foot injuries.

21. Mr. Komis has incurred medical expenses, and will incur future medical expenses because of the injuries he sustained.

22. On or about June 29 or 30, 2016, Mr. Komis was a visitor on Defendants' property at 1170 InterQuest Parkway, Colorado Springs, Colorado.

23. On or about June 29 or 30, 2016, Mr. Komis was injured because the negligently maintained parking lot and parking curb caused him to fall.

24. When Mr. Komis fell, he was using the parking lot for its ordinary and intended purpose.

25. On or about June 29 or 30, 2016, Mr. Komis suffered injuries as a result of his use of the negligently maintained parking lot.

26. At the time of this incident, the negligently designed, operated or maintained parking lot constituted an unreasonably dangerous condition on Defendants' property.

27. Defendants owed Mr. Komis, as a visitor, a duty to use ordinary care to keep the premises safe for his use.

28. The Drury Companies owed Mr. Komis, as a visitor, a duty to use ordinary care to keep the premises safe for his use.

29. The Drury Companies breached their duty to perform a reasonable inspection of the parking lot, which would have alerted Defendant to the existence of the tripping hazard, or The Drury Companies had actual or constructive knowledge of the dangerous condition.

30. The Drury Companies breached their duty to Mr. Komis by failing to use ordinary care to keep the premises safe for his use.

31. The Drury Companies breached their duties as described in this Complaint, and had it fulfilled these duties it would have alerted Defendants to the existence of the tripping hazard.

32. Defendants' negligence includes, but is not limited to, one or more of the following acts or omissions: failure to design and maintain the parking lot in such a manner as to limit or eliminate the tripping hazard, failure to provide adequate warnings regarding the condition of the curb at the location where Mr. Komis fell, and failure to otherwise discover and correct the hazardous condition of the parking lot.

33. Defendants' negligence caused Mr. Komis' fall, as described above.

34. As a result of the injuries proximately caused by Defendant, Peter B. Komis sustained actual damages, including but not limited to, damages due to the nature, extent and duration of his injuries; necessary past and future medical expenses, treatment, and services; pain and suffering, both past and future; emotional distress; loss of household services, both past and future; and impairment of the enjoyment of life.

WHEREFORE, Peter B. Komis prays the Court grant the following relief:

A. Award judgment in Mr. Komis' favor against Defendants on each of his claims;

B. Award Mr. Komis compensatory damages in an amount to be determined at trial;

C. Award Mr. Komis court costs;

D. Award Mr. Komis pre- and post-judgment interest;

E. Grant such other and further relief as this Court deems just and proper.

Mr. Komis requests a six-person jury and deposits the appropriate jury fees with the Court.

Respectfully submitted,

JONES, SNEAD, WERTHEIM
& CLIFFORD, P.A.
Attorneys for Plaintiff


By: _/s/Jerry Todd Wertheim_
JERRY TODD WERTHEIM
Post Office Box 2228
Santa Fe, New Mexico 87504-2228
(505) 982-0011

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/26/2018 4:05 PM
STEPHEN T. PACHECO
Edwina Castillo

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

PETER B. KOMIS,

    Plaintiff,

vs.

DRURY HOTELS COMPANY, LLC,
a Nevada limited liability company
and DRURY COLORADO SPRINGS, LLC,
a Missouri limited liability company,

    Defendants.

No. D-101-CV-2018-01871

Case assigned to Thomson, David K.

Case assigned to Thomson, David K.

## JURY DEMAND

The plaintiff, by and through his attorneys, Jones, Snead, Wertheim & Clifford, P.A., demands a jury of six and deposit one hundred fifty dollars ($150.00) with the Court.

Respectfully submitted,

JONES, SNEAD, WERTHEIM
& CLIFFORD, P.A.
Attorneys for Plaintiff

By: _/s/Jerry Todd Wertheim_
    JERRY TODD WERTHEIM
    Post Office Box 2228
    Santa Fe, New Mexico 87504-2228
    (505) 982-0011

FILED IN MY OFFICE
DISTRICT COURT CLERK
8/17/2018 2:31 PM
STEPHEN T. PACHECO
Jennifer Romero

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/27/2018 1:12 PM
STEPHEN T. PACHECO
Francine Lobato

| SUMMONS ||
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 225 Montezuma Ave.<br>Santa Fe, New Mexico 87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2018-01871<br><br>Assigned Judge: David K. Thomson |
| Plaintiff(s): Peter B. Komis<br><br>v.<br><br>Defendant(s): Drury Hotels Company, LLC, a Nevada Limited Liability Company and Drury Colorado Springs, LLC, a Missouri limited liability company | Defendant<br>Name: Drury Hotels Company, LLC<br>Corporation Service Company, Registered Agent<br>Address: 123 E. Marcy St., Suite 101<br>Santa Fe, NM 87501 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this __27__ day of __June__, 2018.

STEPHEN T. PACHECO
CLERK OF DISTRICT COURT

By: _____
     Deputy

/s/ Jerry Todd Wertheim
Signature of Attorney for Plaintiff/Pro Se Party
Name: Jerry Todd Wertheim
    Jones, Snead, Wertheim & Clifford, PA
Address: 141 E. Palace Ave., Suite 220
    Santa Fe, NM 87501
Telephone No.: (505) 982-0011
Fax No.: (505) 989-6288
Email Address: todd@thejonesfirm.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

RETURN[1]

STATE OF NEW MEXICO )
)ss
COUNTY OF SANTA FE )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe County on the _14_ day of _August_, 2018, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant_____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to_____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant_____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at_____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to_____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at_____ (*insert defendant's last known mailing address*).

[X] to _c/o Ralph Schener_ Corporation Service Company, an agent authorized to receive service of process for defendant _Drury Hotels Company, LLC_

[ ] to_____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant_____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: $35.00

_Manuel A Martes_
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this 14 day of August, 2018[2]

_____
Judge, notary or other officer
authorized to administer oaths

_____Notary_____
Official title

OFFICIAL SEAL
Patricia Padilla
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 11/21/21

USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
8/17/2018 2:31 PM
STEPHEN T. PACHECO
Jennifer Romero

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/27/2018 1:12 PM
STEPHEN T. PACHECO
Francine Lobato

| SUMMONS ||
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 225 Montezuma Ave.<br>Santa Fe, New Mexico 87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2018-01871<br><br>Assigned Judge: David K. Thomson |
| Plaintiff(s): Peter B. Komis<br><br>v.<br><br>Defendant(s): Drury Hotels Company, LLC, a Nevada Limited Liability Company and<br>Drury Colorado Springs, LLC, a Missouri limited liability company | Defendant<br>Name: Drury Colorado Springs, LLC<br>Corporation Service Company, Registered Agent<br>Address: 123 E. Marcy St., Suite 101<br>Santa Fe, NM 87501 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.   A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2.   You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3.   You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4.   If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5.   You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6.   If you need an interpreter, you must ask for one in writing.
7.   You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 27 day of June, 2018.

STEPHEN T. PACHECO
CLERK OF DISTRICT COURT

By: /s/ [signature]
Deputy

/s/Jerry Todd Wertheim
Signature of Attorney for Plaintiff/Pro Se Party
Name: Jerry Todd Wertheim
    Jones, Snead, Wertheim & Clifford, PA
Address: 141 E. Palace Ave., Suite 220
    Santa Fe, NM 87501
Telephone No.: (505) 982-0011
Fax No.: (505) 989-6288
Email Address: todd@thejonesfirm.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

RETURN[1]

STATE OF NEW MEXICO )
                               )ss
COUNTY OF SANTA FE )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe County on the __14__ day of __August__, 2018, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X] to c/o __Corporation Service Company__ __Ralph Scheuer__, an agent authorized to receive service of process for defendant __Drury Colorado Springs, LLC__

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____ , (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: $35.00

*Manuel A Martin*
Signature of person making service

Title (*if any*)

Subscribed and sworn to before me this 14 day of August, 2018[2]

_____
Judge, notary or other officer
authorized to administer oaths

notary
Official title

OFFICIAL SEAL
Patricia Padilla
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 11/21/21

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

FILED IN MY OFFICE
DISTRICT COURT CLERK
8/28/2018 3:47 PM
STEPHEN T. PACHECO
Jennifer Romero

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

Peter B. Komis,

        Plaintiffs,

v.

DRURY HOTELS COMPANY, LLC,
a Nevada limited liability company
and DRURY COLORADO SPRINGS, LLC,
a Missouri limited liability company,

        Defendants.

Case No. D-101-CV-2018-01871
The Honorable Sarah V. Weaver

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS DRURY HOTELS COMPANY, LCC AND DRURY COLORADO SPRINGS, LCC

The law firm of RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A. (David W. Bunting) hereby enters its appearance in this matter on behalf of Defendants Drury Hotels Company, LLC and Drury Colorado Springs, LLC, and respectfully requests that the Court and the parties provide the undersigned with copies of all pleadings, filings, and orders.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ *David W. Bunting*
    David W. Bunting
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 766-7545
Facsimile: (505) 768-7395
dbunting@rodey.com
*Attorneys for Defendants Drury Hotels Company, LLC and Drury Colorado Springs, LLC*

2806765.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2018, a true and correct copy of the foregoing pleading was filed electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jerry Todd Wertheim
Jones, Snead, Wertheim & Clifford, P.A.
Post Office Box 2228
Santa Fe, New Mexico 87504-2228
(505) 982-0011
todd@thejonesfirm.com
*Attorneys for Plaintiff*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ *David W. Bunting*
    David W. Bunting

2